IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER V. LUCAS,

    Plaintiff,                      No. CIV S-04-0586 GEB CMK P

  vs.

B. ARNOLD, et al.,

    Defendants.                  ORDER

_____/

        On November 4, 2004, the Magistrate Judge issued an order denying requests for appointment of counsel. On June 29, 2005, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of November 4, 2004 is therefore untimely.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's
2  June 29, 2005 request for reconsideration is denied.
3  Dated:  July 18, 2005
4
5                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge