IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WALTER V. LUCAS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**B. ARNOLD, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:04-cv-0586 GEB CMK P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendant's first request for an extension of time to file a motion for summary judgment and good cause having been found,

　　　　IT IS HEREBY ORDERED:  The deadline for both parties to file dispositive motions will be March 19, 2007.

February 6, 2007

　　　　　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1