1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  APRIL HIROSHIMA GATLING, State Bar No. 238831
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-8152
8   Fax: (916) 324-5205
    Email: April.Gatling@doj.ca.gov
9
   Attorneys for Arnold
10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15
   | **WALTER V. LUCAS,** | Case Number: 2:04-cv-0586 GEB CMK P |
   |---|---|
   | Plaintiff, | **ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME** |
   | v. | |
   | **B. ARNOLD, et al.,** | |
   | Defendant. | |

21       The Court, having considered Defendant's second request for an extension of time and

22  good cause having been found,

23       IT IS HEREBY ORDERED:  The deadline for both parties to file dispositive motions

24  will be April 18, 2007.

25   March 2, 2007

26

27              /s/   **CRAIG M. KELLISON**
                Craig M. Kellison
28              UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Defendant's Second Request for Extension of Time*

1