IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER V. LUCAS,**<br><br>                           Plaintiff,<br><br>     v.<br><br>**B. ARNOLD, et al.,**<br><br>                           Defendant. | Case Number:  2:04-cv-0586 GEB CMK P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO RE-OPEN DISCOVERY FOR THE LIMITED PURPOSE OF TAKING PLAINTIFF'S DEPOSITION** |

    The Court, having considered Defendant's Request for Clarification regarding the Order of March 5, 2007 granting Defendant an extension of time to file a dispositive motion, and for good cause having been found,

    IT IS HEREBY ORDERED:  Discovery is re-opened for the limited purpose of taking Plaintiff's deposition.

March 7, 2007

                              /s/    **CRAIG M. KELLISON**
                              Craig M. Kellison
                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendant's Request to Re-Open Discovery for the Limited Purpose of Taking Plaintiff's Deposition

1