|  |  |
|---|---|
| **WALTER V. LUCAS,** | No. 2:04-cv-0586 GEB CMK P |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER DATES PENDING A RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. |  |
| **B. ARNOLD, et al.,** |  |
| Defendants. |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

The Court has considered defendant's request to vacate the scheduling order dates pending a ruling on defendant's motion for summary judgment and for good cause appearing,

**IT IS ORDERED** that the pretrial and trial dates shall be vacated pending a decision on defendant's motion for summary judgment. These dates shall be rescheduled, if need be, after a decision is made on the motion.

April 20, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1