IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS, | 2:04-cv-0586-GEB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| B. ARNOLD, | |
| Defendant. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On February 4, 2008, the magistrate judge filed findings and recommendations (Doc. 102) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2008, are adopted in full;

2. Defendant's motion (Doc. 86) is granted in part and denied in part;

3. Plaintiff's Eighth Amendment claim for interference with medical treatment, Fourteenth Amendment due process liberty interest violation claim, and racial/sexual harassment claims are dismissed;

4. Plaintiff's Eighth Amendment claim for excessive force is not dismissed;

5. Defendant is not entitled to qualified immunity;

6. This case will proceed on plaintiff's excessive force claim only; and

7. This case is referred back to the magistrate judge for further proceedings.

Dated: March 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge