1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER V. LUCAS,

11            Plaintiff,               No. CIV S-04-0586 GEB CMK P

12      vs.

13   B. ARNOLD, et al.,

14            Defendants.              ORDER

15   _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's April 7, 2008, motion

2    for the appointment of counsel is denied.

3

4     DATED:  June 11, 2008

5                                      _____

6                                  **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

7

8

9    /dd
   luca 04cv0586.31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                2