IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS, | No. CIV S-04-0586-GEB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| B. ARNOLD, | |
| Defendant. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This case proceeds on plaintiff's second amended complaint, deemed filed as of December 27, 2005 (Doc. 54, Exhibit Y).  Defendant Arnold is the only named defendant in the second amended complaint.   Following a motion for summary judgment which was granted in part and denied in part, this case proceeds on plaintiff's Eighth Amendment claim for excessive force only.

      Both parties have filed pre-trial statements, and this case is ready to be set for trial. Plaintiff has also requested the appointment of counsel, which has, up to this point, been denied. In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991).

Although this case may not have the required "exceptional circumstances," the court is willing to attempt to appoint counsel for plaintiff to assist him with trial. The court will refer this case to the Civil Rights Clinic in this district to determine if they are able to represent plaintiff at trial.

If the Civil Rights Clinic is able to represent plaintiff at trial, both parties will be provided an opportunity to file supplemental pre-trial statements. At that time, a trial date will be set.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court will refer this case to the Civil Rights Clinic in this district to determine if they are able to represent plaintiff at trial;

2. The Clerk of the Court is directed to send a copy of plaintiff's second amended complaint (Doc. 54, Exhibit Y) and a copy of this order to the University of California, King Hall Civil Rights Clinic;

3. The King Hall Civil Rights Clinic shall inform the court of whether they will accept this case within 20 days from the date of this order;

4. Should the King Hall Civil Rights Clinic accept this case, the court will make arrangements for forwarding a copy of the file; and

5. If the King Hall Civil Rights Clinic accepts this case, by separate order the parties will be provided an opportunity to file a supplemental pre-trial statement.

DATED: October 9, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE