KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS,           ) | NO. 2:04-cv-0586-GEB-CMK-P |
| Plaintiff,           ) | **STIPULATION AND ORDER REGARDING SUPPLEMENTAL PRETRIAL STATEMENTS** |
| vs.           ) | |
| B. ARNOLD,           ) | |
| Defendant.           ) | |

Pursuant to Local Rule 83-143, the parties submit this Stipulation and ask that it be entered as an Order of this Court.  The parties submit this stipulation and proposed order to resolve the issue of the timing of the filing of the parties' supplemental pretrial statements presented by the Defendant's Objection to Order Appointing Counsel (Doc. 118).  The purpose of this document is threefold: (1) to address Defendant's request to file his supplemental pretrial statement after the Plaintiff files his supplemental pretrial statement as provided by Local rule 16-281, (2) to modify the Plaintiff's filing date in order to accommodate the academic calendar, so that the certified law students who are currently in final exams and who return to classes on January 12, 2009 will have the opportunity to prepare the supplemental pretrial statement, and (3) in order to assure that the statements are filed within a reasonable time before the trial confirmation hearing on February 13, 2009.

The parties therefore propose that the time for filing supplemental pretrial statements be modified as follows:

1. Plaintiff to file his supplemental pretrial statement on or before January 23, 2009;

2. Defendant to file his supplemental pretrial statement on or before February 2, 2009.

Respectfully submitted,

*/S/ Carter C. White*

Dated: December 15, 2008

    Carter C. White
    Attorney for Plaintiff

*/S/ Barry D. Alves*

Dated: December 15, 2008

    Barry D. Alves
    Attorney for Defendant

IT IS SO ORDERED:

DATED: December 22, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE