IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS, | No. CIV S-04-0586-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| B. ARNOLD, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner now represented by the King Hall Civil Rights Clinic, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court issued an order on December 2, 2008, setting this matter for trial on March 24, 2009, before the Honorable Garland E. Burrell, Jr.  On December 9, 2008, defendant filed an objection to the trial date due to counsel's pre-paid vacation which conflicts with that date.

      The court finds it necessary to set this matter for a status conference in order to resolve the scheduling conflicts.  Accordingly, this matter is set for a status conference on January 14, 2009, at 10:00 a.m. before the undersigned at the United States District Court in

/ / /

/ / /

1 | Redding, California.  The parties are informed that they may appear telephonically for the status
2 | conference.
3 |     IT IS SO ORDERED.
4 |
5 |  DATED: December 22, 2008
6 |
7 |                **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE