```
KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS,<br><br>   Plaintiff,<br><br>vs.<br><br>B. ARNOLD,<br><br>   Defendant. | NO. 2:04-cv-0586-GEB-CMK-P<br><br>**STIPULATION AND ORDER WITHDRAWING EXHIBITS 14, 19, 20, 21 AND 22** |

  The parties, through their undersigned counsel of record, hereby stipulate and agree that Plaintiff is withdrawing Exhibits 14, 19, 20, 21 and 22 from Plaintiff's Supplemental Pretrial Statement (Doc. 131) filed February 10, 2009. Pursuant the Court's order (Doc. 125), Plaintiff submitted  supplemental Exhibits (Doc. 131, pages 4 - 8) on February 10, 2009. .

Respectfully submitted,        */S/ Carter C. White*

Dated: February 10, 2009      _____
                         Carter C. White
                         Attorney for Plaintiff

                       */S/ Barry Alves*

Dated: February 10, 2009      _____
                         Barry D. Alves
                         Attorney for Defendant

1  IT IS SO ORDERED:
2
3
4  DATED: February 12, 2009
5  
   _____
   **CRAIG M. KELLISON**
6  UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28