IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER V. LUCAS, | No. CIV S-04-0586-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| B. ARNOLD, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner now represented by the King Hall Civil Rights Clinic, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the parties' consent, this case has been reassigned to the undersigned for all further proceedings. The current trial date, March 24, 2009, set before the District Judge, will be vacated. The court finds it necessary to hold a status conference to set a new trial date and deal with any other outstanding pretrial issues.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The March 24, 2009, trial date before the Honorable Garland E. Burrell, Jr., is vacated;

      2.    This matter is set for a status conference before the undersigned on February 19, 2009, at 10:00 a.m. in Redding, California; and

3. The parties shall file a joint status report by February 17, 2009 setting forth at least two mutually acceptable trial dates and outlining any other outstanding pretrial issues, and the parties' respective position on those issues.

DATED: February 13, 2009

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE