KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER V. LUCAS, | ) | NO. 2:04-cv-0586-CMK-P |
| Plaintiff, | ) | **STIPULATION AND ORDER ALLOWING ADDITIONAL PRE-TRIAL FILINGS** |
| vs. | ) | |
| B. ARNOLD, | ) | |
| Defendant. | ) | |

The parties, through their undersigned counsel of record, hereby stipulate and agree that the parties be allowed  file the following additional items in this case:

1. Plaintiff will file one additional motion in limine regarding the admissibility of the Plaintiff's psychiatric condition, on or before March 25, 2009.

2. Defendant will file additional proposed jury instruction(s), regarding factual conflicts that relate to the defense of qualified immunity, on or before March 26, 2009.

Responses to these pleadings are due to be filed on or before March 31, 2009.  Replies are due on or before April 2, 2009.

The need for the filing of this motion in limine by the plaintiff was not apparent until counsel for Plaintiff reviewed the Plaintiff's Central file ("C-file") at R.J. Donovan Correctional Facility in San Diego on March 20, 2009.

The need for the filing of the additional proposed jury instruction was not apparent to counsel for Defendant until he was made aware of the very recent case of *Tortu v. Las Vegas Metropolitan Police Dept.*, ___ F. 3d ___, 2009 WL 514228 (9th Cir., March 3, 2009).

Respectfully submitted,

                                        ***/S/ Carter C. White***

Dated: March 24, 2009                       _____
                                                 Carter C. White
                                                 Attorney for Plaintiff

                                        ***/S/ Barry Alves***

Dated: March 24, 2009                       _____
                                                 Barry D. Alves
                                                Attorney for Defendant

IT IS SO ORDERED:

DATED: April 1, 2009

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE