IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER V. LUCAS, | | No. CIV S-04-0586-CMK-P |
| Plaintiff, | | |
| vs. | | ORDER |
| B. ARNOLD, | | |
| Defendant. | | |
| _____/ | | |

Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the consent of the parties, this case proceeds before the undersigned for all purposes. This matter is set for trial on April 8, 2009. The court finds it appropriate to hold a pretrial hearing to resolve the pretrial issues, including the pending motions in limine and contested jury instructions.

Accordingly, IT IS HEREBY ORDERED that a telephonic pretrial hearing is set for April 7, 2009, at 1:30 p.m., before the undersigned in Redding, California.

DATED: April 2, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE